IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>ALDO U.S. INC. and FOOTLOCKER.COM, INC.,<br><br>              Defendants. | Civil Action No. 1:11-cv-3392 |

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES
DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Eclipse IP LLC, through its attorneys, declares that Eclipse IP LLC is a Florida corporation, and it has no publicly held affiliates.

                                        Respectfully submitted,

Dated: May 19, 2011                    /s/ Matthew G. McAndrews
                                        Matthew G. McAndrews
                                        Niro, Haller & Niro
                                        181 West Madison St., Suite 4600
                                        Chicago, Illinois 60602
                                        Telephone: (312) 236-0733
                                        Facsimile: (312) 236-3137
                                        E-mail: mmcandrews@nshn.com

                                        *Attorneys for Plaintiff,*
                                        ECLIPSE IP LLC